**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7615**

---

JEROME ALEXANDER RIDDICK,

Petitioner - Appellant,

versus

WARDEN OF BRUNSWICK CORRECTIONAL CENTER,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-98-325-AM)

---

Submitted: March 11, 1999      Decided: March 18, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jerome Alexander Riddick, Appellant Pro Se. Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Alexander Riddick appeals the district court's order granting Respondent's motion to dismiss and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny his motions for an evidentiary hearing, deny a certificate of appealability, and dismiss on the reasoning of the district court.  See Riddick v. Warden of Brunswick Correctional Ctr., No. CA-98-325-AM (E.D. Va. Oct. 13, 1998).*  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

*Although the district court's order is marked as "filed" on October 9, 1998, the district court's records show that it was entered on the docket sheet on October 13, 1998.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).